IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Achashverosh Adnah Ammiyhuwd,

    Petitioner(s),

vs.

Gus J. Lazares, et al.,

    Respondent(s).

Case Number: 1:17cv833

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 4, 2019 a Report and Recommendation (Doc. 12). Subsequently, the petitioner filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 ( Doc. 1) is DENIED with prejudice. Petitioner's motion for summary judgment (Doc. 1) is DENIED.

A certificate of appealability will not issue with respect to the claims alleged in the petition, which this Court has concluded are waived and thus procedurally barred from review, because under the first prong of the applicable two-part standard enunciated in *Slack v.*

*McDaniel*, 529 U.S. 473, 484-85 (2000), "jurists of reason" will not find it debatable whether this Court is correct in its procedural rulings.

With respect to any application by petitioner to proceed *in forma pauperis*, the Court will certify pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in "good faith." Therefore petitioner is DENIED leave to appeal *in forma pauperis* upon a showing of financial necessity. See Fed. R. App. P. 2(a), Kincade v. Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court